UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jenkins & Clayman
412 White Horse Pike
Audubon, NJ 08106
856-546-9696

by: Jeffrey E. Jenkins, Esq

In Re:

Tiphany Delgado,
debtor

Case No.: 16-32992

Chapter: 13

Adv. No.:

Hearing Date: 2/7/17 @ 10:00 a.m.

Judge: JNP

## CERTIFICATION OF SERVICE

1. I, __Denise Diskin__ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for __Jeffrey E. Jenkins__, who represents __debtor__ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On __2.2.17__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Motion to Reimpose Stay as to Steward Financial Services on shortened time

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __2.2.17__          /s/ Denise Diskin
                                     Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Isabel C. Balboa | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  overnight mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Tiphany Delgado<br>3137 S. Congress Road<br>Camden, NJ 08104 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Steward Financial Services<br>c/o Stark & Stark<br>993 Lenox Drive<br>Lawrenceville, NJ  08648 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  overnight mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>     (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*