Case 16-32992-JNP    Doc 27    Filed 02/04/17    Entered 02/06/17 00:33:50    Desc Imaged
Proposed Order on shortened time    Page 1 of 4

Case 16-32992-JNP    Doc 21-2    Filed 02/02/17    Entered 02/02/17 13:51:29    Desc
Certificate of Notice    Page 1 of 4

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jenkins & Clayman
412 White Horse Pike
Audubon, NJ 08106
856-546-9696

by:  Jeffrey E. Jenkins, Esquire

**Order Filed on February 2, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Tiphany Delgado,
debtor

Case No.:  16-32992

Chapter:  13

Judge:  JNP

**ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following page is **ORDERED**.

**DATED: February 2, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

After review of the application of _____Jenkins & Clayman_____ for the reduction of time for a hearing on __Motion to Reimpose Stay as to Vehicle Loan Organization - Steward Financial Services__ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on __Feb. 7, 2017__ at __10:00 am__ in the United States Bankruptcy Court, __400 Cooper Street, Camden, NJ__, Courtroom No. __4C__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
   __Isabel C. Balboa, Chapter 13 Trustee;__
   __Steward Financial Services (c/o Stark & Stark)__

by ☒ each, ☐ any of the following methods selected by the Court:

   ☐ fax,  ☒ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
   _____
   _____

by ☐ each, ☐ any of the following methods selected by the Court:

   ☐ fax,  ☐ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

   ☒ on the same day as the date of this order, or

   ☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

   ☒ is not required

   ☐ must be provided to _____

      ☐ on the same day as the date of this Order, or

      ☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute the motion/application and any objections.

☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*

3

United States Bankruptcy Court
District of New Jersey

In re:  
Tiphany M. Delgado  
    Debtor

Case No. 16-32992-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Feb 02, 2017  
                  Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2017.  
db           +Tiphany M. Delgado,   3137 S. Congress Rd,   Camden, NJ 08104-3115

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2017                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2017 at the address(es) listed below:  
         Denise E. Carlon   on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Eric  Clayman   on behalf of Debtor Tiphany M. Delgado jenkins.clayman@verizon.net  
         Isabel C. Balboa   ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Jeffrey E. Jenkins   on behalf of Debtor Tiphany M. Delgado jenkins.clayman@verizon.net, jenkins.clayman@verizon.net  
         John L. Laskey   on behalf of Creditor    Steward Financial Services jlaskey@stark-stark.com  
         U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                TOTAL: 6