UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Tiphany M. Delgado

Case No.: 16-32992
Chapter: 13
Judge: JNP

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

Tiphany M. Delgado, the debtor, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk: United States Bankruptcy Court, 401 Market St, Camden, NJ 08102

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny, Jr. on 1/2/18 at 10 a.m. at the United States Bankruptcy Court, courtroom no. 4C, 400 Cooper Street, Camden, NJ 08101 (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action: Ms. Delgado's vehicle was totaled.

Pertinent terms of settlement: CSAA, the insurance company, will pay $ 7962 to Steward Financial Services, the lien holder. Trustee Isabel Balboa shall cease payments to the lien holder and a modified plan will be filed.

Objections must be served on, and requests for additional information directed to:

Name: Eric J Clayman

Address: 412 White Horse Pike, Audubon, NJ 08106

Telephone No.: (856) 546-9696

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-32992-JNP
Tiphany M. Delgado                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Dec 04, 2017
                              Form ID: pdf905          Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 06, 2017.
```
db          +Tiphany M. Delgado,    3137 S. Congress Rd,    Camden, NJ 08104-3115
cr          +Steward Financial Services,    c/o Stark & Stark,    993 Lenox Drive,
              Lawrenceville, NJ 08648-2316
516529166   +Advocare Berlin Medical Assoc.,    c/o IC System Inc.,    PO Box 64437,
              Saint Paul, MN 55164-0437
516529167    Advocare Ped and Adult Med,    PO Box 3001,    Voorhees, NJ 08043-0598
516529168   +Bail Bonds of America,    c/o Saludutti Law Group,    800 Kings Hwy N,
              Cherry Hill, NJ 08034-1511
516580808   +CAMDEN COUNTY MUA,    1645 FERRY AVE,    CAMDEN NJ 08104-1311
516529170   +CCMUA,    Po Box 1105,    Bellmawr, NJ 08099-5105
516529169   +Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
516529171    City of Camden,    PO BOX 52747,    Phoenix, AZ 85072-2747
516529172   +Cooper,    c/o Convergent Healthcare Recoveries, In,    121 NE Jefferson St.,    Suite 100,
              Peoria, IL 61602-1229
516529173    Cooper University Health Care,    PO Box 95000-4345,    Philadelphia, PA 19195-4345
516529175    Emerg Phy Assoc North Jersey,    c/o Akron Billing Center,    PO Box 740021,
              Cincinnati, OH 45274-0021
516529176   +Emerg Phys of South Jersey,    c/o Account Resolution Services,    1643 N. Harrison Pkwy,
              Building H Suite 100,    Fort Lauderdale, FL 33323-2857
516529177   +Hometown Family Dentistry,    402 S. White Horse Pike,    Magnolia, NJ 08049-1061
516529179    Laboratory Corp of America Collections,    PO Box 2240,    Burlington, NC 27216-2240
516529181    PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
516529182    South Jersey Radiology,    c/o REMEX Inc.,    PO Box 765,    Rocky Hill, NJ 08553-0765
516658961   +Steward Financial Services,    Stark & Stark,    993 Lenox Drive,    Lawrenceville, NJ 08648-2389
516529184   +The Cooper Health System,    c/o Quality Asset Recovery,    7 Foster Ave, Ste 101,
              Gibbsboro, NJ 08026-1191
516529185    Virtua Health,    PO Box 8500-8267,    Philadelphia, PA 19178-8267
516529178   #+infinite Endodontics,    9 E. Main St.,    Moorestown, NJ 08057-3382
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Dec 04 2017 23:21:47     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 04 2017 23:21:44     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
516750499    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 04 2017 23:30:15
              American InfoSource LP as agent for,    Verizon,    PO Box 248838,
              Oklahoma City, OK  73124-8838
516734192    E-mail/Text: bankruptcy.bnc@ditech.com Dec 04 2017 23:21:35
              Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
              Rapid City, South Dakota 57709-6154
516529174    E-mail/Text: bankruptcy.bnc@ditech.com Dec 04 2017 23:21:35     Ditech Financial, LLC,
              PO BOX 6172,    Rapid City, SD 57709-6172
516626956   +E-mail/Text: bankruptcy@pseg.com Dec 04 2017 23:21:12     PSE&G Attn: Bankruptcy Dept,
              PO Box 490,    Cranford, NJ 07016-0490
516529180   +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 04 2017 23:22:27     Progressive,
              c/o Credit Collection Service,    PO BOX 607,    Norwood, MA 02062-0607
516529183   +E-mail/Text: jchrist@stewardfs.com Dec 04 2017 23:21:51     Steward Financial Services,
              PO BOX 39,    Maple Shade, NJ 08052-0039
516654422   +E-mail/PDF: gecsedi@recoverycorp.com Dec 04 2017 23:24:34     Synchrony Bank,
              c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516529186   +E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 04 2017 23:22:00     Wachovia Bank Checking,
              c/o Jefferson Capital Systems, LLC,    16 McLeland Rd.,    Saint Cloud, MN 56303-2198
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
516816333*     Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                Rapid City, South Dakota 57709-6154
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0312-1          User: admin                  Page 2 of 2             Date Rcvd: Dec 04, 2017
                              Form ID: pdf905              Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 4, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric   Clayman    on behalf of Debtor Tiphany M. Delgado jenkins.clayman@verizon.net
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Jeffrey E. Jenkins    on behalf of Debtor Tiphany M. Delgado jenkins.clayman@verizon.net,
               jenkins.clayman@verizon.net
              John L. Laskey    on behalf of Creditor    Steward Financial Services jlaskey@stark-stark.com,
               jgould@stark-stark.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```