Printed on: 01/12/2018  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2017 to 12/31/2017  
**Case Number: 16-32992 (JNP)**

Tiphany M. Delgado  
3137 Souith Congress Road  
Camden, NJ  08104

Monthly Payment: $478.00  
Payments / Month: 1  
Current Trustee Comp.: 7.80%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/20/2017 | $365.00 | 02/17/2017 | $365.00 | 03/16/2017 | $365.00 | 04/24/2017 | $365.00 |
| 05/11/2017 | $365.00 | 06/08/2017 | $365.00 | 07/10/2017 | $365.00 | 09/01/2017 | $365.00 |
| 09/26/2017 | $446.00 | 10/23/2017 | $446.00 | 11/22/2017 | $446.00 | 12/19/2017 | $478.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | TIPHANY M. DELGADO | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JENKINS & CLAYMAN | 13 | $2,854.15 | $1,259.33 | $1,594.82 | $1,142.17 |
| 0 | JENKINS & CLAYMAN | 13 | $1,347.92 | $92.25 | $1,255.67 | $0.00 |
| 1 | ADVOCARE BERLIN MEDICAL ASSOC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | ADVOCARE PED AND ADULT MED | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | BAIL BONDS OF AMERICA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CAMDEN COUNTY MUA | 24 | $244.95 | $0.00 | $244.95 | $0.00 |
| 5 | CAPITAL ONE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | CITY OF CAMDEN WATER & SEWER | 24 | $260.00 | $0.00 | $260.00 | $0.00 |
| 7 | COOPER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | COOPER UNIVERSITY HEALTH CARE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | DITECH FINANCIAL, LLC | 24 | $13,492.53 | $0.00 | $13,492.53 | $0.00 |
| 10 | EMERG PHY ASSOC NORTH JERSEY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | EMERG PHYS OF SOUTH JERSEY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | HOMETOWN FAMILY DENTISTRY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | LABORATORY CORP OF AMERICA COLLECTIONS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | PSE&G | 33 | $1,684.86 | $0.00 | $0.00 | $0.00 |
| 15 | PROGRESSIVE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | SOUTH JERSEY RADIOLOGY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | STEWARD FINANCIAL SERVICES | 24 | $14,831.00 | $2,340.00 | $12,491.00 | $2,160.00 |
| 18 | AMERICAN INFOSOURCE, LP | 33 | $574.58 | $0.00 | $0.00 | $0.00 |
| 19 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | VIRTUA HEALTH | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | WACHOVIA BANK CHECKING | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | INFINITE ENDODONTICS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | DITECH FINANCIAL, LLC | 13 | $531.00 | $0.00 | $531.00 | $0.00 |
| 24 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | STEWARD FINANCIAL SERVICES | 13 | $531.00 | $234.29 | $296.71 | $212.49 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 01/01/2017 | 7.00 | $0.00 |
| 08/01/2017 | Paid to Date | $2,920.00 |
| 09/01/2017 | 1.00 | $446.00 |
| 10/01/2017 | 51.00 | $478.00 |
| 01/01/2022 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $4,736.00 |
| Total paid to creditors this period: | $3,514.66 |
| Undistributed Funds on Hand: | $440.72 |
| Arrearages: | $542.00 |
| Attorney: | JENKINS & CLAYMAN |

Case 16-32992-JNP    Doc 56    Filed 01/21/18    Entered 01/21/18 16:08:53    Desc Main

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**