*Office of the Chapter 13 Standing Trustee*

**Isabel C. Balboa, Chapter 13 Standing Trustee**†

*Jane L. McDonald, Counsel*  
*Raymond H. Shockley, Jr. Staff Attorney*  
*Jennifer R. Gorchow, Staff Attorney*

*Kelleen E. Stanley\**  
*Jennie P. Archer\**  
*Jenai M. Cerquoni\**  
*Lu'Shell K. Alexander\**  
*\*Certified Bankruptcy Assistant*  
†*Fellow, American College of Bankruptcy*

October 24, 2018

The Honorable Jerrold N. Poslusny, Jr.  
United States Bankruptcy Court  
P.O. Box 2067  
Camden, New Jersey 08102

RE:  Chapter 13 Bankruptcy  
      Debtor(s) Name:    Timothy M. Delgado  
      Case No:    16-32992   JNP  
      Hearing Date:    November 29, 2018 at 2:00 PM

Dear Judge Poslusny:

    Please accept this letter as a response to Debtor(s)' Motion/Application filed on October 19, 2018.

    The Trustee wishes to correct Mr. Clayman's Certification in Support of his supplemental fee. Mr. Clayman's Certification states that he has applied for $4,887.07 in this case and has been paid $3,955.48. However, Mr. Clayman has received to date $4,315.40. The Trustee has disbursed $3,630.40 to him: $2,534.31 of $2,810 plus $44.15 costs (pursuant to the September 7, 2017 confirmation Order), and $1,096.09 of $1,347.92 (pursuant to an Order dated December 7, 2017). These sums are in addition to the $685.00 retainer reported in the Attorney Disclosure Statement.

    The Trustee does not oppose Mr. Clayman's request for another $1,850.00 in his current fee application.

    As always, the Court is welcome to contact the Trustee with any questions.

        Respectfully submitted,

        *OFFICE OF THE CHAPTER 13*  
        *STANDING TRUSTEE*

        */s/ Isabel C. Balboa*

        **ISABEL C. BALBOA**  
        Chapter 13 Standing Trustee

ICB:lka

c:    Eric J. Clayman, Esquire   (Debtor(s)' Counsel)   (via Electronic Case Filing / ECF)  
      Tiphany M. Delgado   (Debtor)     (via First Class Mail)

Cherry Tree Corporate Center  
535 Route 38  
Suite 580  
Cherry Hill, NJ 08002  
(856) 663-5002

Payments Only:

P.O. Box 1978  
Memphis, TN 38101-1978