Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.:  16−32992−JNP
                Chapter:  13
                Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tiphany M. Delgado
   3137 S. Congress Rd
   Camden, NJ 08104

Social Security No.:
   xxx−xx−8353

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:       11/29/18
Time:      02:00 PM
Location:    4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Eric Clayman, Debtor Attorney

COMMISSION OR FEES
Fees: $1,850.00

EXPENSES
Expenses: $0.00

Creditors may be heard before the applications are determined.

     In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: October 22, 2018
JAN:

                                                                                    Jeanne Naughton
                                                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-32992-JNP
Tiphany M. Delgado                                                  Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2           Date Rcvd: Oct 22, 2018
                              Form ID: 137             Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 24, 2018.
db             +Tiphany M. Delgado,    3137 S. Congress Rd,    Camden, NJ 08104-3115
cr             +Steward Financial Services,    c/o Stark & Stark,    993 Lenox Drive,
                 Lawrenceville, NJ 08648-2316
516529166      +Advocare Berlin Medical Assoc.,    c/o IC System Inc.,    PO Box 64437,
                 Saint Paul, MN 55164-0437
516529167       Advocare Ped and Adult Med,    PO Box 3001,    Voorhees, NJ 08043-0598
516529168      +Bail Bonds of America,    c/o Saludutti Law Group,    800 Kings Hwy N,
                 Cherry Hill, NJ 08034-1511
516580808      +CAMDEN COUNTY MUA,    1645 FERRY AVE,    CAMDEN NJ 08104-1311
516529170      +CCMUA,   Po Box 1105,    Bellmawr, NJ 08099-5105
516529171       City of Camden,    PO BOX 52747,    Phoenix, AZ 85072-2747
516529172      +Cooper,    c/o Convergent Healthcare Recoveries, In,    121 NE Jefferson St.,    Suite 100,
                 Peoria, IL 61602-1229
516529173       Cooper University Health Care,    PO Box 95000-4345,    Philadelphia, PA 19195-4345
516529175       Emerg Phy Assoc North Jersey,    c/o Akron Billing Center,    PO Box 740021,
                 Cincinnati, OH 45274-0021
516529176      +Emerg Phys of South Jersey,    c/o Account Resolution Services,    1643 N. Harrison Pkwy,
                 Building H Suite 100,    Fort Lauderdale, FL 33323-2857
516529177      +Hometown Family Dentistry,    402 S. White Horse Pike,    Magnolia, NJ 08049-1061
516529179       Laboratory Corp of America Collections,    PO Box 2240,    Burlington, NC 27216-2240
516529181       PSE&G,   PO Box 14444,    New Brunswick, NJ 08906-4444
516529182       South Jersey Radiology,    c/o REMEX Inc.,    PO Box 765,    Rocky Hill, NJ 08553-0765
516658961      +Steward Financial Services,    Stark & Stark,    993 Lenox Drive,    Lawrenceville, NJ 08648-2389
516529184      +The Cooper Health System,    c/o Quality Asset Recovery,    7 Foster Ave, Ste 101,
                 Gibbsboro, NJ 08026-1191
516529185       Virtua Health,    PO Box 8500-8267,    Philadelphia, PA 19178-8267

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 23 2018 00:44:20     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 23 2018 00:44:17     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516750499       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 23 2018 01:00:20
                 American InfoSource LP as agent for,    Verizon,   PO Box 248838,
                 Oklahoma City, OK 73124-8838
516529169      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 23 2018 00:49:39     Capital One,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
516734192       E-mail/Text: bankruptcy.bnc@ditech.com Oct 23 2018 00:43:50
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
516529174       E-mail/Text: bankruptcy.bnc@ditech.com Oct 23 2018 00:43:50     Ditech Financial, LLC,
                 PO BOX 6172,    Rapid City, SD 57709-6172
516626956      +E-mail/Text: bankruptcy@pseg.com Oct 23 2018 00:43:28     PSE&G Attn: Bankruptcy Dept,
                 PO Box 490,    Cranford, NJ 07016-0490
516529180      +E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 23 2018 00:45:07     Progressive,
                 c/o Credit Collection Service,    PO BOX 607,    Norwood, MA 02062-0607
516529183      +E-mail/Text: jchrist@stewardfs.com Oct 23 2018 00:44:25     Steward Financial Services,
                 PO BOX 39,    Maple Shade, NJ 08052-0039
516654422      +E-mail/PDF: gecsedi@recoverycorp.com Oct 23 2018 00:49:08     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516529186      +E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 23 2018 00:44:32     Wachovia Bank Checking,
                 c/o Jefferson Capital Systems, LLC,    16 McLeland Rd.,    Saint Cloud, MN 56303-2198
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516816333*      Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
517280172*      Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
516529178      ##+infinite Endodontics,    9 E. Main St.,    Moorestown, NJ 08057-3382
                                                                                   TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-1          User: admin             Page 2 of 2              Date Rcvd: Oct 22, 2018
                              Form ID: 137            Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 19, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric  Clayman    on behalf of Debtor Tiphany M. Delgado jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Jeffrey E. Jenkins    on behalf of Debtor Tiphany M. Delgado jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              John L. Laskey    on behalf of Creditor    Steward Financial Services jlaskey@stark-stark.com,
               jgould@stark-stark.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```