Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                                        Case No.: 16−32992−JNP
                                        Chapter: 13
                                        Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tiphany M. Delgado
   3137 S. Congress Rd
   Camden, NJ 08104

Social Security No.:
   xxx−xx−8353

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/8/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 8, 2019
JAN: kvr

                                                                                       Jeanne Naughton
                                                                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-32992-JNP
Tiphany M. Delgado                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2             Date Rcvd: Mar 08, 2019
                              Form ID: 148             Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2019.
```
db             +Tiphany M. Delgado,    3137 S. Congress Rd,    Camden, NJ 08104-3115
cr             +Steward Financial Services,    c/o Stark & Stark,    993 Lenox Drive,
                 Lawrenceville, NJ 08648-2316
516529167       Advocare Ped and Adult Med,    PO Box 3001,    Voorhees, NJ 08043-0598
516529168      +Bail Bonds of America,    c/o Saludutti Law Group,    800 Kings Hwy N,
                 Cherry Hill, NJ 08034-1511
516580808      +CAMDEN COUNTY MUA,    1645 FERRY AVE,    CAMDEN NJ 08104-1311
516529170      +CCMUA,    Po Box 1105,    Bellmawr, NJ 08099-5105
516529171       City of Camden,    PO BOX 52747,    Phoenix, AZ 85072-2747
516529172      +Cooper,    c/o Convergent Healthcare Recoveries, In,    121 NE Jefferson St.,    Suite 100,
                 Peoria, IL 61602-1229
516529173       Cooper University Health Care,    PO Box 95000-4345,    Philadelphia, PA 19195-4345
516529175       Emerg Phy Assoc North Jersey,    c/o Akron Billing Center,    PO Box 740021,
                 Cincinnati, OH 45274-0021
516529176      +Emerg Phys of South Jersey,    c/o Account Resolution Services,    1643 N. Harrison Pkwy,
                 Building H Suite 100,    Fort Lauderdale, FL 33323-2857
516529177      +Hometown Family Dentistry,    402 S. White Horse Pike,    Magnolia, NJ 08049-1061
516529179       Laboratory Corp of America Collections,    PO Box 2240,    Burlington, NC 27216-2240
516529181       PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
516529182       South Jersey Radiology,    c/o REMEX Inc.,    PO Box 765,    Rocky Hill, NJ 08553-0765
516658961      +Steward Financial Services,    Stark & Stark,    993 Lenox Drive,    Lawrenceville, NJ 08648-2389
516529184      +The Cooper Health System,    c/o Quality Asset Recovery,    7 Foster Ave, Ste 101,
                 Gibbsboro, NJ 08026-1191
516529185       Virtua Health,    PO Box 8500-8267,    Philadelphia, PA 19178-8267
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 09 2019 00:39:49      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 09 2019 00:39:45      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516529166      +EDI: IIC9.COM Mar 09 2019 05:13:00      Advocare Berlin Medical Assoc.,    c/o IC System Inc.,
                 PO Box 64437,    Saint Paul, MN 55164-0437
516750499       EDI: AIS.COM Mar 09 2019 05:13:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK   73124-8838
516529169      +EDI: CAPITALONE.COM Mar 09 2019 05:13:00      Capital One,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
516734192       E-mail/Text: bankruptcy.bnc@ditech.com Mar 09 2019 00:39:26
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
516529174       E-mail/Text: bankruptcy.bnc@ditech.com Mar 09 2019 00:39:26      Ditech Financial, LLC,
                 PO BOX 6172,    Rapid City, SD 57709-6172
516626956      +E-mail/Text: bankruptcy@pseg.com Mar 09 2019 00:38:45      PSE&G Attn: Bankruptcy Dept,
                 PO Box 490,    Cranford, NJ 07016-0490
516529180      +EDI: CCS.COM Mar 09 2019 05:13:00      Progressive,    c/o Credit Collection Service,
                 PO BOX 607,    Norwood, MA 02062-0607
516529183      +E-mail/Text: jchrist@stewardfs.com Mar 09 2019 00:39:56      Steward Financial Services,
                 PO BOX 39,    Maple Shade, NJ 08052-0039
516654422      +EDI: RMSC.COM Mar 09 2019 05:13:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
516529186      +EDI: JEFFERSONCAP.COM Mar 09 2019 05:13:00      Wachovia Bank Checking,
                 c/o Jefferson Capital Systems, LLC,    16 McLeland Rd.,    Saint Cloud, MN 56303-2198
                                                                                              TOTAL: 12
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BSI Financial Services,    FRIEDMAN VARTOLO, LLP,    1325 Franklin Avenue, Suite 230
516816333*      Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
517280172*      Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
516529178     ##+infinite Endodontics,    9 E. Main St.,    Moorestown, NJ 08057-3382
                                                                                   TOTALS: 1, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Mar 08, 2019
                              Form ID: 148             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 8, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric   Clayman    on behalf of Debtor Tiphany M. Delgado jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jeffrey E. Jenkins    on behalf of Debtor Tiphany M. Delgado jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              John L. Laskey    on behalf of Creditor    Steward Financial Services jlaskey@stark-stark.com,
               jgould@stark-stark.com
              Jonathan C. Schwalb     on behalf of Creditor    BSI Financial Services
               bankruptcy@friedmanvartolo.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```